# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| **MALLINCKRODT PLC, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CONNECTICUT, *et al.*,**<br><br>Defendants.[2] | Adv. Pro. No. 20-50850 (JTD) |

**NOTICE OF *AMENDED*[3] AGENDA FOR VIDEO HEARING SCHEDULED FOR SEPTEMBER 8, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[4]**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2] A complete list of the defendants in the adversary proceeding is set forth in the caption of the Debtors' *Amended Adversary Complaint for Injunctive Relief Pursuant to 11 U.S.C. § 105* [Adv. Docket No. 15] and in Exhibits 1 and 2 thereto.

[3] **Amended items appear in bold.**

[4] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJItde2vrD4pEjOy96x9Vub5L3LeaMnRu8U

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.    MATTER GOING FORWARD:**

1. Debtors' Emergency Motion for an Amended Order Establishing Amended Confirmation Schedule and Protocols [Docket No. 4084 – filed September 1, 2021]

    Objection/Response Deadline:    At the hearing.

    Objections/Responses Received:

    A.  The Ad Hoc Acthar Group's Opposition to Debtors' Emergency Motion for an Amended Order Establishing Amended Confirmation Schedule and Protocols [Docket No. 4104 – filed September 2, 2021]

    Related Documents:

    i.  Notice of Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4105 – filed September 2, 2021]

    ii. Notice of Hearing Regarding Debtors' Emergency Motion for an Amended Order Establishing Amended Confirmation Schedule and Protocols [Docket No. 4120 – filed September 2, 2021]

    Status: **At this time, the Debtors are going forward with the Emergency Motion solely as it relates to the expert deposition deadline. The Debtors will be filing a reply in support of such relief in advance of the hearing. The Debtors are requesting that the balance of the Emergency Motion be held in abeyance, with all other deadlines suspended, until the Debtors have filed another proposed amended confirmation schedule with the Court.**

**II. ADDITIONAL MATTER GOING FORWARD:**

**2. Status Conference on Stay Relief Motions filed by the Ad Hoc Acthar Group**

**Related Documents:**

i. Acthar Plaintiffs' Motion for Relief from the Automatic Stay [Docket No. 410 – filed November 4, 2020]

ii. Debtors' Objection to the Acthar Plaintiffs' Motion for Relief from the Automatic Stay [Docket No. 524 – filed November 16, 2020]

iii. Acthar Plaintiffs' Amended Motion for Limited Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) Authorizing the District Courts for the Northern District of Illinois, the Eastern District of Pennsylvania and the District of New Jersey to Adjudicate the Motions for Class Certification of the Acthar Plaintiffs [Docket No. 2366 – filed May 17, 2021]

iv. Acthar Plaintiffs' Motion to Lift Preliminary Injunction [Adv. Case No. 20-50850 (JTD) – Adv. Docket No. 213 – filed May 18, 2021

v. Debtors' Omnibus Objection to the Haviland Hughes Plaintiffs' Motions for Relief from the Automatic Stay and to Lift the Preliminary Injunction [Docket No. 2649 – filed June 1, 2021]

vi. Ad Hoc Acthar Group's Omnibus Reply in Support of Motions for Relief from Automatic Stay [Docket No. 2703 – filed June 4, 2021

vii. Ad Hoc Acthar Group's Reply Brief in Support of Motion to Lift Preliminary Injunction [Adv. Case No. 20-50850 (JTD) – Adv. Docket No. 219 – filed June 8, 2021]

viii. Ad Hoc Acthar Group's Motion for: (A) Relief from the Automatic Stay to File a Motion for Contempt Against Arnold & Porter; and (B) Relief from the Stay to Request the District Court in Rockford to Consider Appropriate Sanctions [Docket No. 3939 – filed August 23, 2021]

ix. Order Granting the Debtors' Motion to Extend Injunctive Relief Pursuant to 11 U.S.C. § 105 [Adv. Case No. 20-50850 (JTD) – Adv. Docket No. 253 – entered August 30, 2021]

**Status:** At the August 26, 2021 hearing, the Court instructed the parties to discuss scheduling with respect to the Stay Relief Motions filed by the Ad Hoc Acthar Group (the "**Motions**"). The parties were unable to reach agreement. A status conference with respect to scheduling related to the Motions will go forward.

Dated: September 7, 2021

/s/ Michael J. Merchant
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*